1 | Mary McNamara, SBN 147131
2 | mmcnamara@swansonmcnamara.com
  | Britt Evangelist, SBN 260457
3 | bevangelist@swansonmcnamara.com
  | SWANSON & McNAMARA LLP
4 | 300 Montgomery Street, Suite 1100
  | San Francisco, California 94104
5 | Telephone: (415) 477-3800
6 | Facsimile: (415) 477-9010

Attorney for JEREMY BECKHAM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 16-00175 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL** |
| v. | |
| JEREMY BECKHAM, | |
| Defendant. | |

## STIPULATION

Defendant Jeremy Beckham, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Laura Vartain, hereby stipulate and agree as follows:

1) On April 29, 2016, Magistrate Judge Sallie Kim granted Mr. Beckham pretrial release on a $100,000 unsecured bond. Mr. Beckham's conditions of release include the condition that he not travel outside of the Northern District of California.

2) Mr. Beckham is requesting permission to travel to Los Angeles, California for vacation. Mr. Beckham will be traveling from October 21, 2016 through October 23, 2016. Mr. Beckham will provide his travel itinerary and information regarding his accommodations in Los Angeles to his pretrial services officer before he departs.

3) The parties hereby stipulate that the conditions of Mr. Beckham's release be modified to permit him to travel to Los Angeles, California from October 21, 2016 through October 23, 2016.

4) Pretrial Service Denise Mancia has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED:   October 05, 2016                               /s/
                                                LAURA VARTAIN
                                                Assistant United States Attorney


                                                        /s/
                                                MARY McNAMARA
                                                Swanson & McNamara LLP
                                                Attorneys for JEREMY BECKHAM


**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


DATED:   October 17, 2016                       _____
                                                HON. SALLIE KIM
                                                United States Magistrate Judge