Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JEREMY BECKHAM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00175 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |
| v. | |
| JEREMY BECKHAM, | |
| Defendant. | |

**STIPULATION**

Defendant Jeremy Beckham, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Laura Vartain, hereby stipulate and agree as follows:

1) The above-captioned case is scheduled for a trial setting/change of plea hearing on October 26, 2016 at 2:00 p.m.

2) The parties hereby stipulate to continue the hearing to December 14, 2016, at 2:00 p.m., or as soon thereafter as the court is available, and they request that the Court exclude from

1

the time limits of 18 U.S.C. § 3161 the period from October 26, 2016 through December 14, 2016.  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).  This extension of time is necessary for the parties to meet and confer, and for effective preparation of counsel.

3) Therefore, the parties HEREBY STIPULATE that the hearing currently set for October 26, 2016 be continued until December 14, 2016 at 2:00 p.m., and the time be excluded from the time limits of 18 U.S.C. § 3161 the period from October 26, 2016 through December 14, 2016.

**IT IS SO STIPULATED.**

DATED: October 21, 2016                              _____/s/_____
                                                     LAURA VARTAIN
                                                     Assistant United States Attorney


                                                     _____/s/_____
                                                     MARY McNAMARA
                                                     Swanson & McNamara LLP
                                                     Attorneys for JEREMY BECKHAM

**ORDER**

For the reasons stated above, the Court HEREBY CONTINUES the hearing currently set for October 26, 2016 at 2:00 p.m. until December 14, 2016 at 2:00 p.m., or soon thereafter, and that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.   18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: 10/24/2016

HON. CHARLES R. BREYER
United States District Court Judge