Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JEREMY BECKHAM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00175 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING TO FEBRUARY 3, 2017 AT 10:00 A.M.** |
| v. | |
| JEREMY BECKHAM, | |
| Defendant. | |

## STIPULATION

Defendant Jeremy Beckham, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Laura Vartain, hereby stipulate and agree as follows:

1)   The above-captioned case is scheduled for a trial setting/change of plea hearing on December 14, 2016 at 2:00 p.m.

2)   The parties hereby stipulate to continue the hearing to February 3, 2017 at 10:00 a.m., or as soon thereafter as the court is available, and they request that the Court exclude from

1

the time limits of 18 U.S.C. § 3161 the period from December 14, 2016 through February 3, 2017 at 10:00 a.m.  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).  This extension of time is necessary for the parties review discovery productions which are ongoing, to meet and confer, and for effective preparation of counsel.

    3)    Therefore, the parties HEREBY STIPULATE that the hearing currently set for December 14, 2016 at 2:00 p.m. be continued to February 3, 2017 at 10:00 a.m., and the time be excluded from the time limits of 18 U.S.C. § 3161 the period from December 14, 2016 through February 3, 2017 at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED:     December 2, 2016                         /s/
                                                    LAURA VARTAIN
                                                    Assistant United States Attorney


                                                    /s/
                                                    MARY McNAMARA
                                                    Swanson & McNamara LLP
                                                    Attorneys for JEREMY BECKHAM

**ORDER**

For the reasons stated above, the Court HEREBY CONTINUES the hearing currently set for December 14, 2016 at 2:00 p.m. until February 3, 2017 at 10:00 a.m., or soon thereafter, and that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.   18 U.S.C. § 3161(h)(7)(B)(iv).

DATED:  12/2/2016

_____
HON. CHARLES R. BREYER
United States District Court Judge